UNITED STATES of America, Plaintiff–Appellee,

v.

Claude N. HAROLD, Defendant–Appellant.

No. 10–10738
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Sept. 22, 2010.

Patricia D. Barksdale, Ronald Thomas Henry, U.S. Attorney's Office, Jacksonville, FL, A. Brian Albritton, David Paul Rhodes, U.S. Attorney's Office, Tampa, FL, for Plaintiff–Appellee.

Maurice C. Grant, II, Donna Lee Elm, Federal Public Defender's Office, Jacksonville, FL, for Defendant–Appellant.

Claude N. Harold, Yazoo City, MS, pro se.

Before BARKETT, HULL and FAY, Circuit Judges.

PER CURIAM:

Maurice C. Grant, II, appointed counsel for Claude N. Harold in this appeal from the revocation of Harold's supervised release and subsequent imposition of an 11–month sentence, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and the revocation of Harold's supervised release and his sentence are **AFFIRMED.**